EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
James J. Tamulski (State Bar #064880)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:     (415) 227-9455
Facsimile:      (415) 227-4255
E-Mail:          jtamulski@edptlaw.com
                     kessick@edptlaw.com

Attorneys for Plaintiff
LILLESAND SHIPPING CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLESAND SHIPPING CO. LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SPT, LTD., SPT, INC., and SPT MARINE TRANSFER SERVICES LTD.,<br><br>Defendants. | Case No.:  13-5699 SI<br><br>**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br>Fed. R. Civ. P., Supp. Adm. Rule B |

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS Plaintiff Lillesand Shipping Co. Ltd. ("Plaintiff") has filed a Verified Complaint stating a maritime cause of action against defendants SPT, Ltd., SPT, Inc., and SPT Marine Transfer Services, Ltd. ("Defendants"), alleging that Defendants are jointly and severally liable to Plaintiff in the amount of **US$13,637,744.55** praying for issuance of maritime attachment and garnishment; and

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street, Suite 400
San Francisco, CA  94105

- 1 -
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.

1   WHEREAS the Court has reviewed the Verified Complaint, Emergency Ex Parte Motion, and supporting Declaration of Katharine Essick and has found that the conditions for maritime attachment and garnishment set forth in Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure appear to exist in that the Defendants may not be found within this District although they have or may have property within this District within the meaning of Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure;

We therefore empower and command you to attach and take into possession the property of Defendants held by the following garnishees in this District up to the amount of **US$13,637,744.55**:  funds, credits, wire transfers, electronic funds transfers, accounts, and other assets belonging to Defendants which are located at or held by Wells Fargo HSBC Trade Bank.

Upon order of the Court pursuant to the Federal Rules of Civil Procedure, Supplemental Admiralty Rule B(1)(d)(ii) and Admiralty Local Rule 4-3, a private party may serve this Process and other pleadings in this case in lieu of service by you.

Dated:  December 10, 2013

_J. Kasamoto_
Clerk, United States District Court
Northern District of California

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street, Suite 400
San Francisco, CA  94105

- 2 -
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.